

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00143-CV

| | |
|---|---|
| IN THE INTEREST OF R.W. AND G.W., CHILDREN | § On Appeal from County Court at Law No. 1 |
| | § of Parker County (CIV-21-0342) |
| | § October 18, 2022 |
| | § Memorandum Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part.

We affirm the portions of the trial court's judgment that appointed Texas Department of Family and Protective Services temporary managing conservator, that terminated Mother's parental rights to R.W. and G.W., and that terminated Father's parental rights to R.W. We reverse the portion of the trial court's judgment that terminated Father's parental rights to G.W., and we remand the cause to the trial

court for a new trial related to Father's rights to G.W. only. The trial court must commence a new trial on termination no later than 180 days after the date this court issues mandate in this appeal.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
    Justice Wade Birdwell